We'll begin by hearing you, Mr. Meadows. Give us just a moment to... And, Mr. Meadows, I understand that Mr. Perez, on behalf of AMR, is present if we have any questions of him. Yes, he is. You've got the podium. And I want to thank you for the opportunity to appear today, Your Honor. If you have any questions, I'm happy to answer anything you might have. My brief is pretty voluminous. I'll go ahead and defer to that and rely on it. I'll try to just briefly summarize it. I've appealed basically on the basis, I believe, the Banksy Court abuses discretion by exceeding its jurisdiction and scope of authority by trying to improperly decide my employment status as a railway labor employee, which can only be decided by the exclusive jurisdiction of a railway labor system Board of Adjustment in accordance with 45 U.S.C. Section 184. Secondly, the Banksy Court committed a plain error when it tried to enforce a plan against post-petition claims of myself. And third, it tried to enter an injunction order trying to enjoin me from enforcing statutory whistleblower complaints which were filed post-petition related to benefits I've received post-petition as an employee. There's been some confusion. American reports have terminated me in November of 2011 right before I filed bankruptcy, and it did so only after I filed a Sarbanes-Oxley whistleblower complaint alleging a fraudulent scheme used to terminate the disability benefits of myself and 84 other pilots. At that time, I went back to the Mayo Clinic and was re-evaluated. They verified the existence of my disabling illness, and I subsequently reapplied for benefits, and post-petition was put back on a new disability plan at American Airlines, the 2004 Pilots Long-Term Disability Plan. Under the collectively bargained agreements, the pilots contract, the 2004 Pilots Long-Term Disability Plan, and the Pilots Retirement Benefit Plan, I am clearly defined, despite the contentions of American and the erroneous ruling of the court, as an employee of American Airlines. I receive collectively bargained pay in the form of W-2 employee wages. I receive active pilot employee medical, dental, and pension benefits. I receive annual accrual of pension-credited service, and based on that award— Beginning when? Sorry, just remind me. In December 11, 2011, two weeks after the petition date. So I have a new disability claim. They would not pay me retroactively the four years I was taken off disability, but subsequently, a year and a half later, America's Pension Benefits Administration Committee gave me an award, which had the effect of paying retroactively a few hundred thousand dollars of retroactive disability pay and benefits, and closing that gap of unpaid sick leave. So as I stand before you today, since 1991 when I was hired, I've been in the status of an active pilot employee, two months of paid sick leave, and since June of 2004, continuously to date on an authorized leave of absence as approved by American Airlines Corporate Medical Director of Long-Term Pilot Disability Benefits, which are collectively bargained. As a matter of fact, I brought—here's my W-2, show me as a pilot employee, and my pilot medical benefits card. So there's a distinction. I mean, I filed a grievance for these pre-petition claims under Railway Labor Act, and as I said, that's subject to exclusive jurisdiction of the Railway Labor Board, but Judge Lane took it upon himself to decide that I've been terminated, and that's clearly not true based on the internal records of American Airlines and its own collectively bargained agreements and my pension statement, which shows me being authorized to leave. As I stand today, post-petition, they've tried to settle me, they've offered me a substantial amount of money, waived my right to return. I do not want to return. I had a condition that was not allowed by the AFA. Just recently, three months ago, the federal air sergeants approved me to fly as a pilot. That was my dream, to finally get a disability and return to the job I love, as a former Air Force pilot and hired by American 91. That's all I ever wanted to do. But as it stands today, they're trying to claim I have—airings have been discharged, my job and seniority has been discharged by the bankruptcy court, and I have no right to remedies going forward. The injunction order that Judge Lane issued against me was for subsequent whistleblower complaints filed in 2015 after they took my disability benefits for yet another time, after I reported fraud to America's attorneys, and they threatened me with the injunction and told me if I didn't withdraw certain claims, they would bring these proceedings against me. So, in a hand— The things you were bringing to their attention at that point. Yeah, there was new claims of fraud, and we found that they were interfering with the FAA's federal air sergeant's office and trying to write letters preventing people from me from getting reissued our medicals because they didn't want us to return to their property. And they did it with like 23 pilots, including myself, and it took a congressional inquiry and several other acts and the Department of Transportation, IG, Investigation of American Airlines, and the FAA. They finally got to the bottom, and they finally issued me my rightful medical certificate. So, as I stand today, December, I was trained by Boeing Flight Services. I'm licensed, current, and qualified as a Boeing 777 captain by Boeing. I work for Boeing as an instructor pilot at the 777. The federal air sergeant, the FAA, personally issued me a first-class airman's medical certificate, authorized me to fly as a pilot anywhere in the world. So, I'm current and qualified as a pilot for American Airlines, yet they're using these bankruptcy proceedings as a sword and trying to deprive me of my right to a job and employment based not only on a pre-petition but on post-petition. As I told you, I'm still an employee post-petition based on these new awards of disability benefits which are collectively bargained, and I still believe I'm suffering acts of retaliation and discrimination which are preventing me from returning to the job I love because all I want is reassignment from my authorized leave of disability back to my job as a line pilot for American. And I see my time's up, so I thank you, Your Honor, for your time. And any questions, I'd be happy to answer. It's really none of the court's business, but have you, I'm assuming you've consulted with counsel at some point in connection. As a matter of fact, the EEOC is investigating American Airlines for six years. They settled for $10 million over a nationwide pattern of practices of disability discrimination, and oddly they excluded pilots in the 11th hour. I've objected to that in the bankruptcy proceedings and elsewhere, and they're frustrated because they can't pay out this $10 million settlement for last year because of my appeals, and I've said, listen, my status has changed. I'm no longer seeking a reasonable accommodation on a flying position. I'm current and qualified. I simply want to be reinstated to the cockpit as a line pilot. I would drop all my claims litigation against American Airlines, allow the EEOC consent decree to become effective immediately, so all these 1,500 other claimants, these aggrieved disabled employees, can participate in a $10 million payout, and they have not answered me. And I submitted that offer over a week before this proceeding, and I would like to resolve it now because I just want to go back and fly as a pilot. That's all I want. Have there been any efforts that you've participated in at mediating this matter? Yes. Two years ago. I don't want to know, but just a yes is the answer. Yes. Bottom line is they offered me an insubstantial amount of money to waive my right to employment. I don't want to know the details. Yes, you've tried mediation. Yes, I did try mediation twice. Thank you. Thank you very much, Mr. Meadows. Colleagues, do you have any questions? No. And any questions of AMR? No. Thank you. We'll reserve decision in this matter, but thank you for coming. Thank you so much for the opportunity to participate today.